# UNITED STATES NAVY-MARINE CORPS
# COURT OF CRIMINAL APPEALS
# WASHINGTON, D.C.

**Before**
**K.J. BRUBAKER, B.T. PALMER, M.G. MILLER**
Appellate Military Judges

**UNITED STATES OF AMERICA**

v.

**ZOILO A. UMANZORBUSTILLO**
**PRIVATE FIRST CLASS (E-2), U.S. MARINE CORPS**

**NMCCA 201600094**
**SPECIAL COURT-MARTIAL**

**Sentence Adjudged**: 11 December 2015.
**Military Judge**: LtCol L.J. Francis, USMC.
**Convening Authority**: Commanding Officer, 3D Marine Regiment, 3D Marine Division, MCBH Kaneohe Bay, HI.
**Staff Judge Advocate's Recommendation**: Maj T.S. Taylor, USMC.
**For Appellant**: CDR R.D. Evans Jr., JAGC, USN.
**For Appellee**: Brian Keller, Esq.

**31 May 2016**

---
## OPINION OF THE COURT
---

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).


For the Court



R.H. TROIDL
Clerk of Court